UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ANGELO ESPARZA,<br><br>  Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CASE NO. C22-5961 BHS<br><br>ORDER REQUIRING ANSWER |

This matter comes before the Court on the Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255(a).

It is hereby ORDERED THAT:

1. The United States shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2255 Cases in the United States District Courts not later than January 27, 2023. As part of such answer, The United States should state its position as to

ORDER - 1

whether an evidentiary hearing is necessary and whether there is any issue as to abuse or delay under Rule 9.

2. Any reply by Petitioner shall be filed and served on or before February 10, 2023, and the Clerk shall note the 2255 motion on the Court's calendar for February 10, 2023.

Dated this 15th day of December, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2